*David B. Dunaway*, for appellee.

76132, 76133. FRANKLYN GESNER FINE PAINTINGS, INC. v. KETCHAM.

(381 SE2d 443)

Deen, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court in *Franklyn Gesner Fine Paintings v. Ketcham*, 259 Ga. 3 (375 SE2d 848) (1989), our decision in *Franklyn Gesner Fine Paintings v. Ketcham*, 186 Ga. App. 853 (368 SE2d 774) (1988), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed and case remanded. Carley, C. J., and Sognier, J., concur.*

DECIDED MARCH 8, 1989.

*Harmon W. Caldwell, Jr., Harry W. MacDougald, Wade H. Watson III*, for appellant.

*John K. Dunlap*, for appellee.

76578. THOMAS B. HARTLEY CONSTRUCTION COMPANY, INC. v. LIBERTY LIFE INSURANCE COMPANY.

(381 SE2d 443)

Banke, Presiding Judge.

In accordance with the judgment of the Supreme Court in *Liberty Life Ins. Co. v. Thomas B. Hartley Constr. Co.*, 258 Ga. 808 (375 SE2d 222) (1989), the decision of this court in *Thomas B. Hartley Constr. Co. v. Liberty Life Ins. Co.*, 187 Ga. App. 849 (371 SE2d 657) (1988), is reversed, and the judgment of the trial court is hereby affirmed.

*Judgment affirmed. Carley, C. J., Deen, P. J., McMurray, P. J., Birdsong, Sognier, Pope, Benham and Beasley, JJ., concur.*

DECIDED MARCH 8, 1989.

*W. Courtney LaFon, Beverly J. Hall*, for appellant.

*John A. Howard*, for appellee.